IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LAURA LINLEY MORAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 1:19-CV-1105-RP |
| § | |
| GREG ABBOTT, et al., § | |
| § | |
| Defendants. § | |

# **FINAL JUDGMENT**

On August 21, 2020, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation granting Defendant Lori Jo Hansel's Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt. 20); Defendant Patricia Heil Davis's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6), (Dkt. 25); Defendants Brittnie Kelly and Sarah Sullivan's Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt. 27); Defendants Governor Greg Abbott and Commissioner Jaime Masters's Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt. 28); and Defendant Mary Farrington's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6), (Dkt. 31). (R. & R., Dkt. 56). The Court's Order dismissed without prejudice Plaintiff Laura Linley Moran's ("Moran") second amended complaint, (Dkt. 19).

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on August 21, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE